No. 04–6848. FARIS *v.* UNITED STATES. C. A. 4th Cir. Reported below: 107 Fed. Appx. 308;

No. 04–8295. PRUITT *v.* UNITED STATES. C. A. 5th Cir. Reported below: 119 Fed. Appx. 629;

No. 04–8479. BUFFINGTON *v.* UNITED STATES. C. A. 6th Cir.;

No. 04–8490. COATES *v.* UNITED STATES. C. A. 4th Cir. Reported below: 113 Fed. Appx. 520;

No. 04–8492. PEREZ *v.* UNITED STATES. C. A. 3d Cir. Reported below: 115 Fed. Appx. 586;

No. 04–8495. BRETON-PICHARDO *v.* UNITED STATES. C. A. 4th Cir. Reported below: 114 Fed. Appx. 577;

No. 04–8507. MARANA *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 761;

No. 04–8526. WILLIAMS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 113 Fed. Appx. 620;

No. 04–8529. BERWICK *v.* UNITED STATES. C. A. 2d Cir. Reported below: 107 Fed. Appx. 253;

No. 04–8537. MACIAS-LUNA *v.* UNITED STATES. C. A. 5th Cir. Reported below: 115 Fed. Appx. 233;

No. 04–8538. LIZARRAGA-ORDUNO *v.* UNITED STATES. C. A. 10th Cir. Reported below: 118 Fed. Appx. 439;

No. 04–8541. STOKES *v.* UNITED STATES. C. A. 1st Cir. Reported below: 388 F. 3d 21;

No. 04–8542. SATTERFIELD *v.* UNITED STATES. C. A. 4th Cir. Reported below: 114 Fed. Appx. 545;

No. 04–8550. CIFUENTES-CAYCEDO *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 772;

No. 04–8585. HANNA *v.* UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 270;

No. 04–8589. GUTIERREZ-AGUINIGA *v.* UNITED STATES. C. A. 10th Cir. Reported below: 101 Fed. Appx. 328;

No. 04–8591. WEAKS *v.* UNITED STATES. C. A. D. C. Cir. Reported below: 388 F. 3d 913;

No. 04–8599. RICE *v.* UNITED STATES. C. A. 4th Cir. Reported below: 85 Fed. Appx. 336;

No. 04–8601. McTIZIC, AKA METIZIC *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 255;

No. 04–8604. JACKSON *v.* UNITED STATES. C. A. 5th Cir. Reported below: 390 F. 3d 393;

No. 04–8605. MONTALVO-NUNEZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 779;

No. 04–8619. GARCIA RAMIREZ *v.* UNITED STATES. C. A. 5th Cir. Reported below: 116 Fed. Appx. 480;

No. 04–8629. AUSTIN *v.* UNITED STATES. C. A. 5th Cir. Reported below: 111 Fed. Appx. 783;

No. 04–8631. PADILLA, AKA PADDILLA *v.* UNITED STATES. C. A. 11th Cir. Reported below: 127 Fed. Appx. 471;

No. 04–8650. McCRIMON *v.* UNITED STATES. C. A. 11th Cir. Reported below: 125 Fed. Appx. 977;

No. 04–8652. CARRILLO-BANUELOS *v.* UNITED STATES. C. A. 5th Cir. Reported below: 112 Fed. Appx. 989; and

No. 04–8705. GIGLIO *v.* UNITED STATES. C. A. 11th Cir. Reported below: 112 Fed. Appx. 1. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).